The County of Lake, State of Illinois for use of F. H. Dickson, appellee, v. Massachusetts Bonding and Insurance Company, appellant. Gen. No. 35,052.

Heard in the second division of this court for the first district at the April term, 1931. Opinion filed February 23, 1932.

Henry G. Ferncase, for appellant. Schroeder & Metzger, for appellee; Werner W. Schroeder, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.